# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135627

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ISSAC CHARLES BOWENS-FRAZIER,
        Defendant-Appellant.

SC: 135627
COA: 281757
Wayne CC: 06-013482-FC

_____/

On order of the Court, the application for leave to appeal the December 6, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

Clerk

d1020